# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHRISTIAN F. MEISTER,**

**Plaintiff,**

-vs-                                              Case No.  **2:06-cv-444-FtM-34SPC**

**MIKE SCOTT, in his capacity as Sheriff of
Lee County, Florida; MIKE SCOTT, in his
individual capacity; DON HUNTER, in his
official capacity as Sheriff of Collier County,
Florida; J.J. CARROLL; RICHARD
SNYDER; RYAN JUSTHAM; STEPHAN
PIERCE; GENE SIMS; PEDRO J. SOTO;
MIKE JOHNSTON;**

**Defendants.**

_____

# ORDER

This matter comes before the Court on Plaintiff's motion for recusal, to vacate various

orders, and for leave to amend the Fifth Amended Complaint (Doc. 234), Plaintiff's motion for

enlargement of time to respond to an order taxing costs (Doc. 235), and Plaintiff's motion for

leave to appeal in forma pauperis (Doc. 241).  The Plaintiff has failed to show any basis for recusal

of the undersigned or for vacating the orders at issue, rendering the issue of amending the Fifth

Amended Complaint moot.  Plaintiff's has also failed to show any basis for his requested five-

month extension of time to respond to the motions to tax costs or the orders granting them.  The

Court also finds that Meister's appeal of the orders dismissing, among other things, his shotgun

pleading is not taken in good faith and is frivolous pursuant to 28 U.S.C. § 1915. Accordingly, it is hereby

ORDERED that Plaintiff's motion for recusal, to vacate various orders, and for leave to amend the Fifth Amended Complaint (Doc. 234) is **DENIED WITH PREJUDICE**. And it is further

ORDERED that Plaintiff's motion for enlargement of time to respond to an order taxing costs (Doc. 235) is **DENIED WITH PREJUDICE**. And it is further

ORDERED that Plaintiff's motion for leave to appeal in forma pauperis (Doc. 241) is **DENIED WITH PREJUDICE.**


**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 27, 2009.


GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party